## Commonwealth, Appellant, *v.* Metzger.

Argued March 16, 1976. *Martin J. King*, Deputy District Attorney, *Stephen B. Harris*, First Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, submitted a brief for Commonwealth, appellant; *William B. Moyer*, with him *William T. Renz*, and *Power, Bowen & Valimont*, for appellee.

Order affirmed.

CERCONE, J., absent.

## Commonwealth *v.* Robinson, Appellant.

Argued March 16, 1976. *Helen H. Cutner*, for appellant; *Steven H. Goldblatt*, Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., absent.